UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. MJ#04-822-MBB 04-822-MBB |
| v. ) | |
| ) | |
| ADAM ELLARD ) | |
| TROY BREWER ) | |
| TIMOTHY HERLIHY, ) | |
| Defendants ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, and the previously allowed motion to seal. As grounds for this motion, the government states that defendant Timothy Herlihy has been arrested and is in the custody of the United States. The public disclosure of these materials will not jeopardize any potential ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Michael J. Pelgro
Michael J. Pelgro
Assistant U.S. Attorney

DATED:   April 16, 2004.

*April 16, 2004, allowed. Marianne B. Bowler, USMJ*