UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-CR-10167-RCL |
| ) | |
| v.                    ) | **VIOLATIONS:** |
| ) | |
| (1) ADAM ELLARD         ) | 21 U.S.C. § 846 - |
| (2) TROY BREWER         ) | Conspiracy to Possess with Intent |
| (3) TIMOTHY HERLIHY     ) | to Distribute, and to Distribute, |
|     Defendants.        ) | Hydrocodone |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) - |
| ) | Possession With Intent To |
| ) | Distribute and Distribution of |
| ) | Hydrocodone |
| ) | |
| ) | 18 U.S.C § 2 - |
| ) | Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

**SUPERSEDING INDICTMENT**

<u>COUNT ONE:</u>   (21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Hydrocodone)

The Grand Jury charges that:

On or about March 3, 2004, at Revere and elsewhere in the District of Massachusetts,

      **1. ADAM ELLARD**
      **2. TROY BREWER, and**
      **3. TIMOTHY HERLIHY**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons unknown to the Grand Jury, to distribute, and to possess

with intent to distribute, hydrocodone, a Schedule III controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:        (21 U.S.C. §841(a)(1)- Possession with Intent to Distribute and Distribution of Hydrocodone; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about March 3, 2004, at Revere, in the District of Massachusetts,

        **1. ADAM ELLARD,**
        **2. TROY BREWER, and**
        **3. TIMOTHY HERLIHY,**

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, hydrocodone, a Schedule III controlled substance.

    All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATION:**   **(21 U.S.C. § 853)**

The Grand Jury further charges that:

1.   As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

>   1. **ADAM ELLARD,**
>   2. **TROY BREWER, and**
>   3. **TIMOTHY HERLIHY,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

>   (a)   cannot be located upon the exercise of due diligence;
>
>   (b)   has been transferred or sold to, or deposited with, a third party;
>
>   (c)   has been placed beyond the jurisdiction of the Court;
>
>   (d)   has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds that:

1. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant ADAM ELLARD is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

2. The defendant ADAM ELLARD, at the time of the offenses charged in this indictment, was a career offender. Accordingly, USSG §4B1.1 applies to this defendant.

3. The Defendant ADAM ELLARD was an organizer, leader, manager, and supervisor of the criminal activity charged in this indictment. Accordingly, USSG §3B1.1(c) applies to this defendant.

4. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant TROY BREWER is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

5. The defendant Troy Brewer, at the time of the offenses

charged in this indictment, was a career offender. Accordingly, USSG §4B1.1 applies to this defendant.

6. As to the offenses charged in Counts One and Two of this indictment and relevant conduct as described in U.S.S.G. § 1B1.3, the Defendant TIMOTHY HERLIHY is accountable for a quantity of hydrocodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 250 grams of marijuana but less than 1 kilogram of marijuana. Accordingly, USSG §2D1(c)(16) applies to this defendant.

A TRUE BILL

*[signature: Roger Allen]*
FOREPERSON OF THE GRAND JURY

*[signature: David G. Tobin]*
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; December ___, 2004.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK
12/16/04
at 3:55pm

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. __II__  Investigating Agency __DEA__

.y __Boston__  Related Case Information:

County __Suffolk__  Superseding Ind./ Inf. __X__  Case No. __04CR10167RCL__
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number __04-822-MBB__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Timothy Herlihy__  Juvenile: ☐ Yes  X No

Alias Name _____

Address __19 Tibbette Street, Danvers, MA__

Birthdate: __1973__  SS # __9652__  Sex: __Male__  Race: __Caucasion__  Nationalit __USA__

Defense Counsel if known:  __Matthew A. Kamholtz, Esq.__  Address __125 Summer Street__

Bar Number _____  __Boston, MA__

**U.S. Attorney Information:**

AUSA __Michael J. Pelgro; David G. Tobin__  Bar Number if applicable _____

Interpreter: ☐ Yes  X No  List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  X No

☐ Warrant Requested  X Regular Process  ☐ In Custody

**Location Status:**

Arrest Date __April 15, 2004__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:  Ordered by: __Chief USMJ Bowler__ on __April 20, 2004__

**Charging Document:**  Complaint  ☐ Information  X Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  X Felony __2 counts__

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: ~~May 27, 2004~~  Signature of AUSA: _____
Dec 16, 2004

District Court Case Number   (To be filled in by deputy clerk): _____

Name of Defendant   Timothy Herlihy

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) | Distribution of Hydrocodone/Aiding & Abetting | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. __II__   Investigating Agency __DEA__

_y_ __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. __X__   Case No. __04CR10167RCL__
  Same Defendant __X__   New Defendant _____
  Magistrate Judge Case Number __04-822-MBB__
  Search Warrant Case Number _____
  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Adam Ellard__   Juvenile:  ☐ Yes   X No

Alias Name _____

Address __Shepton Street, Dorchester, MA__

Birthdate: __1972__   SS # __9734__   Sex: __Male__   Race: __Caucasion__   Nationalit __USA__

Defense Counsel if known: __James J. Coviello, Esquire__   Address __281 Beach Street__

Bar Number _____   __Revere, MA__

**U.S. Attorney Information:**

AUSA __Michael J. Pelgro; David G. Tobin__   Bar Number if applicable _____

Interpreter:  ☐ Yes   X No   List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes   X No

  ☐ Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date __April 12, 2004__

X Already in Federal Custody as of __April 13, 2004__ in __USMS__
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony __2 counts__

Continue on Page 2 for Entry of U.S.C. Citations

X  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __May 27, 2004__   Signature of AUSA: _[signature]_
__Dec 16, 2004__

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Adam Ellard

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) | Distribution of Hydrocodone | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

ellard.js45.form.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA

y   Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ~~04-cr-10167~~ DOT ccc Case No. 04CR10167RCL
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number    04-822-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Troy Brewer      Juvenile: ☐ Yes   X No

Alias Name _____

Address   22 Malden Street, Everett, MA

Birthdate: 1967   SS # 1928   Sex: Male   Race: Black   Nationalit USA

**Defense Counsel if known:**   Unknown    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Michael J. Pelgro; David G. Tobin    Bar Number if applicable _____

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   X No

   X Warrant Requested    ☐ Regular Process    In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   X Felony 2 counts

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 27, 2004    Signature of AUSA: /s/ David G. Tobin

Dec. 16, 2004

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Troy Brewer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | Conspiracy To Distribute Hydrocodone | One |
| Set 2 | 21/841(a)(1) and 18/2 | Distribution of Hydrocodone/Aiding & Abetting | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____