# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10167-RCL

UNITED STATES OF AMERICA

v.

ADAM ELLARD
TROY BREWER

## FINAL STATUS REPORT

January 11, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendants with conspiracy to possess with the intent to distribute hydrocodone, to distribute hydrocodone, and aiding and abetting, was returned on December 16, 2004;

2. The defendants were arraigned on the Superseding Indictment on January 11, 2005;

3. Defendants Adam Ellard and Troy Brewer are in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately one week;

5. Counsel for defendant Ellard has indicated that the case will be resolved by way of a plea of guilty. Counsel for defendant Brewer has indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through January 11, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge