UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CRIMINAL NO. 04-CR-10167(RCL) |
| ) | |
| ADAM ELLARD     ) | |

### NOTICE OF MITIGATING FACTORS

Now comes the Defendant, in the above-referenced matter and hereby provides Notice of Mitigating Factors, with respect to the sentence of the Defendant.

In support thereof, the Defense asserts that the following Mitigating Factors apply to this case:

1. The Defendant has provided substantial assistance to the government; and

2. The Defendant's criminal history category calculation is excessive.

As grounds therefore, the above-stated reasons the Defendant's sentence should be reduced.

Respectfully Submitted,<br>
ADAM ELLARD<br>
By the Attorney,<br>
<br>
James J. Coviello<br>
303 Main Street<br>
Charlestown, MA  02129<br>
Tel: (617) 242-6832<br>
Fax: (781) 241-0911<br>
BBO No. 550949

Dated: 7/15/05
Crim-Ellard,Adam-MitigatingFactors

CERTIFICATE OF SERVICE

I, James J. Coviello, Esquire hereby certify that on this date, I have served to <u>AUSA David Tobin</u>, <u>Probation Officer, Susan Walls</u> the following with regard to <u>U.S.A. v Adam Ellard.</u>, Criminal No. 04-10167 (RCL).

    1. Notice of Mitigating Factors.


( ) First Class Mail, Postage Prepaid

(X) In-Hand Delivery

( ) Facsimile

__7/15/05__
Date:

_____
James J. Coviello
303 Main Street
Charlestown, MA 02129
Tel: (617)242-6832
Fax: (617)241-0911
BBO# 550949